Catharine Schoonmaker, Respondent, v. Leonard Blass, Appellant.—Judgment affirmed, with costs.—

DYKMAN, J.: This is an appeal from a judgment overruling a demurrer to the complaint. The action is for the foreclosure of

a mortgage and the defendant Blass demurred to the complaint on the ground that it did not state facts sufficient to constitute a cause of action and because there was a defect of parties defendant. The complaint was sufficient as against the defendant Blass and the judgment should be affirmed, with costs. Pratt, J., concurred; Brown, P. J., not sitting.